# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

TUSKEGEE UNIVERSITY,

    Plaintiff,

v.

AMERICAN VETERINARY MEDICAL
ASSOCIATION,

    Defendant.

Case No.: 3:25-cv-00890-RAH-KFP

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Having settled its dispute with the American Veterinary Medical Association,
Plaintiff Tuskegee University, pursuant to Federal Rule of Civil Procedure
41(a)(1)(A)(i), dismisses this case without prejudice, costs taxed as paid. Under Rule
41(a)(1)(A)(i), Fed. R. Civ. P., this action is **DISMISSED** as of the filing of this
notice.

Respectfully submitted this 14th day of November, 2025.

*/s/ Thomas W. Thagard III*
Thomas W. Thagard III (ASB-2000-D62T)
James C. Lester (ASB-4477-M68L)
S. Reeves Jordan (ASB-7876-P38Y)
William B. Grimes (ASB-1696-T98H)
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
T: (205) 254-1000
tthagard@maynardnexsen.com
jlester@maynardnexsen.com

rejordan@maynardnexsen.com
bgrimes@maynardnexsen.com

H. William Bloom III (ASB-0000-Q20N)
MAYNARD NEXSEN PC
770 Washington Avenue
RSA Plaza, Suite 421
Montgomery, AL 36104
T: (334) 262-2001
wbloom@maynardnexsen.com

*Counsel for Plaintiff Tuskegee University*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 14, 2025, a copy of the foregoing was filed via electronic filing and served via the Court's CM/ECF system on all counsel of record.

*/s/ Thomas W. Thagard III*
OF COUNSEL